UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NXIVM CORPORATION, EXECUTIVE SUCCESS
PROGRAMS, INC., ALEX BETANCOUT, BARBARA
BOUCHEY, CLARE W. BRONFMAN, EDGAR BOONE,
ELLEN GIBSON, SARA R. BRONFMAN, PAMELA
CAFRITZ, SUZANNE KEMP, WAYNE BATES, LUIS
MONTES, and FRANCA DICRENSENZO,

Civil Action No.
05-CV-1045 (GLS) (RFT)

          *Plaintiffs*,

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

    – against –

JOSEPH J. O'HARA, DOUGLAS RUTNIK, and DENISE F.
POLIT,

          *Defendants*.
-----------------------------------------------------------------X

    Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs NXIVM Corporation, Executive Success Programs, Inc., Alex Betancout, Barbara Bouchey, Clare W. Bronfman, Edgar Boone, Ellen Gibson, Sara R. Bronfman, Pamela Cafritz, Suzanne Kemp, Wayne Bates, Luis Montes, and Franca DiCrensenzo by their attorneys, Judd Burstein, P.C., hereby voluntarily withdraw their amended complaint and dismiss this action without prejudice.

Dated:   New York New York
     September 12, 2005

              Yours, etc.,

              JUDD BURSTEIN, P.C.
              *Attorneys for Plaintiffs*

              By /s/
              Michael C. Quinn
              1790 Broadway
**SO ORDERED:**         New York, New York 10019
              Tel. (212) 974-2400
/s/ Gary L. Sharpe         Fax (212) 974-2944
U.S. District Judge
Date: 9/14/05